1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NEFTALI MONTERROSA, individually and as co-successor-in-interest to Decedent SEAN MONTERROSA; NORA MONTERROSA, individually and as co-successor-in-interest to Decedent SEAN MONTERROSA; MICHELLE MONTERROSA, individually; ASHLEY MONTERROSA, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; JARRETT TONN, individually, and, Vallejo police officers DOES 1-25, inclusive,<br><br>Defendants. | Case No:   2:20-cv-01563-TLN-DB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR INTRA-DISTRICT TRANSFER OF VENUE TO FRESNO DIVISION OF EASTERN DISTRICT** |

Defendants City of Vallejo and Jarrett Tonn's motion for an order granting an intra-district transfer of venue to the Fresno division of the Eastern District pursuant to Defendants' constitutional rights to a fair trial by an impartial jury and 28 U.S.C. section 1404 came on for hearing in this Court on December 3, 2020 at 2:00 p.m. in Courtroom 2, before the Honorable Troy Nunley, United States District Court Judge.  Assistant City Attorneys Meera Bhatt and Katelyn

-2-

Knight appeared on behalf of Defendants.  Attorneys John Burris and Ben Nisenbaum appeared on behalf of Plaintiffs.

Having considered the Defendants' motion for intra-district transfer, the other pleadings and documents on file in this case, arguments, and evidence submitted by the parties, the Court finds good cause exists to issue an ordering GRANTING Defendants' motion and transferring this civil action to the Fresno Division of the Eastern District.

IT IS SO ORDERED.

Dated: _____          _____

                                           The Honorable Troy Nunley