JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200/Facsimile: (510) 839-3882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEFTALI MONTERROSA, individually and as co-successor-in-interest to Decedent SEAN MONTERROSA; NORA MONTERROSA, individually and as co-successor-in-interest to Decedent SEAN MONTERROSA; MICHELLE MONTERROSA, individually; ASHLEY MONTERROSA, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; JARRETT TONN, individually, and Vallejo police officers DOES 1-25, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01563-TLN-DB<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Benjamin Nisenbaum of the Law Offices of John L. Burris, 7677 Oakport Street, Suite 1120, Oakland, CA 94621 hereby enters appearance in the above-captioned matter as counsel to be noticed on behalf of Plaintiffs and requests that

**NOTICE OF APPEARANCE OF COUNSEL**
**Case #: 2:20-cv-01563-TLN-DB**

1

copies of all briefs, motions, orders, correspondence and other papers be served on the undersigned. Counsel's email address, for purposes of receipt of Notices of Electronic Filing is bnisenbaum@hotmail.com.

| | |
|---|---|
| Dated: October 8, 2020 | LAW OFFICES OF JOHN L. BURRIS |
| | By: /s/*Benjamin Nisenbaum* |
| | Benjamin Nisenbaum, Esq. |
| | Attorney for Plaintiffs |
| | NEFTALI MONTERROSA, et al. |

**NOTICE OF APPEARANCE OF COUNSEL**
Case #: 2:20-cv-01563-TLN-DB

2