1  **RANDY J. RISNER**
Interim City Attorney, SBN 172552
2  **BY:     MEERA BHATT**
Assistant City Attorney, SBN 259203
3  **KATELYN M. KNIGHT**
Assistant City Attorney, SBN 264573
4  **FARRAH HUSSEIN**
Deputy City Attorney, SBN 305726
5  **CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
6  Vallejo, CA  94590
7  Tel:    (707) 648-4545
Fax:    (707) 648-4687
8  Email: Meera.Bhatt@cityofvallejo.net
9  Katelyn.Knight@cityofvallejo.net
Farrah.Hussein@cityofvallejo.net
10

11  Attorneys for Defendants CITY OF VALLEJO and JARRETT TONN
12

13              **UNITED STATES DISTRICT COURT**
14
       **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**
15

| | |
|---|---|
| 16 NEFTALI MONTERROSA, individually and as co-successor-in-interest to Decedent SEAN MONTERROSA; NORA MONTERROSA, individually and as co-successor-in-interest to Decedent SEAN MONTERROSA; MICHELLE MONTERROSA, individually; ASHLEY MONTERROSA, individually, | **Case No:   2:20-cv-01563-TLN-DB** |
| | **DEFENDANTS' NOTICE OF LODGING IN SUPPORT OF DECLARATION OF KATELYN M. KNIGHT IN SUPPORT OF MOTION FOR INTRA-DISTRICT TRANSFER AND MOTION FOR PROTECTIVE ORDER** |
| Plaintiff, | |
| vs. | |
| CITY OF VALLEJO, a municipal corporation; JARRETT TONN, individually, and, Vallejo police officers DOES 1-25, inclusive, | |
| Defendants. | |

Case No. 2:20-cv-01563-TLN-DB

DEFENDANTS' NOTICE OF LODGING IN SUPPORT OF DECLARATION OF KATELYN M. KNIGHT IN SUPPORT OF MOTION FOR INTRA-DISTRICT TRANSFER AND MOTION FOR PROTECTIVE ORDER

-1-

1   **PLEASE TAKE NOTICE** that on October 6, 2020, pursuant to Eastern District Local Rule

2   138(1), Defendants CITY OF VALLEJO and JARRETT TONN filed/lodged with the court two

3   videos identified as Exhibit 1 and 19, in support of its Motion for Protective Order and Motion

4   for Intra-District Transfer.  The exhibits could not be electronically filed because they are only

5   available in DVD format.

6   **EXHIBIT 1**

7   Video footage of the press conference Plaintiffs' counsel John Burris held on or about
    August 6, 2020 related to this civil action.
8

9   **EXHIBIT 19**

10  DVD containing a true and correct copy of attorney from John Burris' office Melissa Nold's
    twitter account (@savage_esquire) feed from early June to present.

11

12  DATED:  October 15, 2020                      Respectfully submitted,

13

14

15                                                MEERA BHATT
                                                  KATELYN M. KNIGHT
16                                                FARRAH HUSSEIN
                                                  Attorneys for Defendants
17                                                CITY OF VALLEJO and JARRETT TONN

18

19

20

21

22

23

24

25

26

27

28  | Case No. 2:20-cv-01563-TLN-DB | **DEFENDANTS' NOTICE OF LODGING IN SUPPORT OF DECLARATION OF KATELYN M. KNIGHT IN SUPPORT OF MOTION FOR INTRA-DISTRICT TRANSFER AND MOTION FOR PROTECTIVE ORDER** |

-2-