**JOHN L. BURRIS ESQ., SBN 69888**
**BENJAMIN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
Ben.Nisenbaum@johnburrislaw.com
James.Cook@johnburrislaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEFTALI MONTERROSA, individually and as co-successor-in-interest to Decedent SEAN MONTERROSA; NORA MONTERROSA, individually and as co-successor-in-interest to Decedent SEAN MONTERROSA; MICHELLE MONTERROSA, individually; ASHLEY MONTERROSA, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF VALLEJO, a municipal corporation; JARRETT TONN, individually; and DOES 1-25, inclusive, individually, jointly and severally, <br><br> Defendants. | CASE NO.: 2:20-cv-01563-TLN-DB <br><br> **NOTICE OF APPEARANCE OF COUNSEL JAMES COOK FOR PLAINTIFFS** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that James Cook Esq., of the Law Offices of John L. Burris, 7677 Oakport Street, Suite 1120, Oakland, CA 94621 hereby enters appearance in the above-captioned matter as Counsel to be noticed on behalf of Plaintiffs and request that copies of all briefs, motions, orders, correspondence and other papers be served on the undersigned. Counsels' email addresses, for

purposes of receipt of Notices of Electronic Filing is james.cook@johnburrislaw.com

**Law Offices of John L. Burris**

Dated:  October 21, 2020              /s/ *James Cook*

John L. Burris Esq.,
Ben Nisenbaum Esq.,
James Cook Esq.,
Attorneys for Plaintiffs