**RANDY J. RISNER**
Interim City Attorney, SBN 172552
**BY:    MEERA BHATT**
Assistant City Attorney, SBN 259203
**KATELYN M. KNIGHT**
Assistant City Attorney, SBN 264573
**FARRAH HUSSEIN**
Deputy City Attorney, SBN 305726
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687
Email: Meera.Bhatt@cityofvallejo.net
Katelyn.Knight@cityofvallejo.net
Farrah.Hussein@cityofvallejo.net

Attorneys for Defendants CITY OF VALLEJO and JARRETT TONN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NEFTALI MONTERROSA, individually and as co-successor-in-interest to Decedent SEAN MONTERROSA; NORA MONTERROSA, individually and as co-successor-in-interest to Decedent SEAN MONTERROSA; MICHELLE MONTERROSA, individually; ASHLEY MONTERROSA, individually,<br><br>           Plaintiff,<br><br>    vs.<br><br>CITY OF VALLEJO, a municipal corporation; JARRETT TONN, individually, and, Vallejo police officers DOES 1-25, inclusive,<br><br>           Defendants. | Case No:   2:20-cv-01563-TLN-DB<br><br>**JOINT REPORT PURSUANT TO FED. R. CIV. PROC. 26(F)** |

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, counsel for the parties

conducted a conference by telephone on October 26, 2020.  The parties discussed and agreed to the following discovery plan:

*** Proposed Changes to Rule 26(a) Disclosures***

The parties agree no substantive changes are needed and initial disclosures will be exchanged November 16, 2020.

***Discovery Subjects and Completion***

The parties intend to conduct discovery regarding the parties' legal contentions, claims and defenses, the incident, Plaintiff's injuries and damages, and expert discovery and Plaintiff intends to conduct necessary *Monell* discovery within the bounds of the Federal Rules of Civil Procedure.  The parties disagree as to the length of time that will be needed to complete discovery.

Plaintiff believes that nine months will be sufficient to complete discovery.

Defendants believe additional time will be needed in light of the fact that the criminal investigation of the underlying officer-involved shooting and the criminal review of the incident is not yet complete and may not be complete for months or even more than a year.  Further, there is a significant volume of evidence already existing pertaining to the criminal matter.  For these reasons, Defendants would respectfully request a discovery cutoff of 18 months from the responsive pleading.

Both parties are agreeable to an expert disclosure deadline of 30 days following the close of general discovery, and a deadline to disclose supplemental experts for rebuttal purposes 30 days after that.  Expert discovery to be completed in a timely manner in order to comply with the Court's deadline for filing dispositive motions.

***Electronically Stored Information***

The parties do not anticipate any issues related to electronically stored information at this time.

***Privileged/Protected Information***

The City of Vallejo is currently subject to a preliminary injunction order issued by the Superior Court prohibiting the City from disclosing the identity of the officer(s) involved in the

underlying incident, but is in the process of obtaining a stipulation to modify the injunction to allow for disclosure of that information to Plaintiffs in this action under a protective order.[1]  The parties agree a protective order is appropriate to ensure that the City complies with the active injunction, for sensitive materials in Defendants' possession, and for certain officer records.  The parties will meet and confer regarding a stipulated protective order based on the scope of discovery propounded.

*Changes to the Limitations on Discovery*

The parties agree that no changes to the limitations of discovery are needed at this time.

*Orders to Issue*

The parties request that the Court issue a revised scheduling order to reflect the proposed changes to the general discovery cutoff and expert disclosures and cutoff.

DATED: November 9, 2020            **LAW OFFICES OF JOHN L. BURRIS**

　　　　　　　　　　　　　　　　　　 */s/ James Cook*
　　　　　　　　　　　　　　　　　　John L. Burris, Esq.
　　　　　　　　　　　　　　　　　　Benjamin Nisenbaum, Esq.
　　　　　　　　　　　　　　　　　　James Cook, Esq.
　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

DATED:  November 9, 2020            Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Katelyn M. Knight*
　　　　　　　　　　　　　　　　　　MEERA BHATT
　　　　　　　　　　　　　　　　　　KATELYN M. KNIGHT
　　　　　　　　　　　　　　　　　　FARRAH HUSSEIN
　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　CITY OF VALLEJO and JARRETT TONN

---

[1]  *See Vallejo Police Officers' Association and Officer John Doe v. City of Vallejo*, Solano County Superior Court Case No. FCS054880