**RANDY J. RISNER**
Interim City Attorney, SBN 172552
**BY:   MEERA BHATT**
Assistant City Attorney, SBN 259203
**KATELYN M. KNIGHT**
Assistant City Attorney, SBN 264573
**FARRAH HUSSEIN**
Deputy City Attorney, SBN 305726
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687
Email: Meera.Bhatt@cityofvallejo.net
Katelyn.Knight@cityofvallejo.net
Farrah.Hussein@cityofvallejo.net

Attorneys for Defendants CITY OF VALLEJO and JARRETT TONN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| NEFTALI MONTERROSA, individually and as co-successor-in-interest to Decedent SEAN MONTERROSA; NORA MONTERROSA, individually and as co-successor-in-interest to Decedent SEAN MONTERROSA; MICHELLE MONTERROSA, individually; ASHLEY MONTERROSA, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; JARRETT TONN, individually, and, Vallejo police officers DOES 1-25, inclusive,<br><br>Defendants. | Case No:   2:20-cv-01563-TLN-DB<br><br>**DEFENDANTS' OBJECTION TO PRETRIAL SCHEDULING ORDER** |

Pursuant to the Court's Initial Pretrial Scheduling Order (Dkt. 3), Defendants hereby

make the following objections:

Defendants respectfully object to the proposed completion of discovery within 240 days. This case arises from an officer-involved shooting that took place on June 2, 2020. The criminal investigation into the underlying incident is still in progress. Once the investigation is completed, it will be forwarded to the Solano County District Attorney for review to determine whether or not the case is appropriate for prosecution. The investigation and criminal review into officer-involved shooting incidents typically takes a significant period of time to complete. For example, in the office-involved shooting of Ronell Foster, which took place on February 13, 2018, the District Attorney's review was not completed until January 31, 2020, almost two years later. Further, there is a significant amount of evidence already gathered in the criminal investigation, which will tend to lengthen the time needed for criminal review and for civil discovery.

Because the civil claims against the involved-officer in this matter are based on the same underlying facts at issue in the criminal investigation and review, a protective order and stay of any deposition testimony and written discovery by the involved officer will be needed to protect their Fifth Amendment rights, resulting in a delay of discovery. *See Keating v. Office of Thrift Supervision*, 45 F.3d 322, 324-325 (9th Cir. 1995). Additionally, the ongoing criminal investigation may reveal additional witnesses or evidence critical to the civil matter, resulting in the need to conduct additional discovery at a later stage in the case. For these reasons, Defendants respectfully request that discovery be ordered completed within 18-months or 540 days.

DATED: November 9, 2020                           Respectfully submitted,

*/s/ Katelyn M. Knight*
MEERA BHATT
KATELYN M. KNIGHT
FARRAH HUSSEIN
Attorneys for Defendants
CITY OF VALLEJO and JARRETT TONN