**JOHN L. BURRIS, Esq./State Bar # 69888**
**BENJAMIN NISENBAUM, Esq./ State Bar #222173**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200 Facsimile: (510) 839-3882
John.Burris@Johnburrislaw.com
bnisenbaum@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEFTALI MONTERROSA, individually and as co-successor-in-interest to Decedent SEAN MONTERROSA; NORA MONTERROSA, individually and as co-successor-in-interest to Decedent SEAN MONTERROSA; MICHELLE MONTERROSA, individually; ASHLEY MONTERROSA, individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO, a municipal corporation; JARRETT TONN, individually, and Vallejo police officers DOES 1-25, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01563-TLN-DB<br><br>**NOTICE OF LODGING OF EXHIBITS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER, PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR CHANGE OF VENUE, AND PLAINTIFFS' MOTION FOR SANCTIONS**<br><br>Date:  December 3, 2020<br>Time:  2:00 P.M.<br>Place:  Courtroom 2<br>Judge:  Hon. Troy L. Nunley |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Counsel for Plaintiff lodged exhibits in Support of Plaintiffs' Motion for Sanction, Plaintiffs' Opposition to Defendants' Motion for Protective Order, and Plaintiffs' Opposition to Defendants' Motion for Change of Venue. Counsel lodged the

exhibits with Judges Chambers, the Court Clerk, and Defendants' Counsel. Plaintffs lodged the following exhibits:

1. Exhibit 1: KPIX CBS San Francisco Bay Area News video of Vallejo Police Department's June 2, 2020 press conference. The video is on a thumb drive labeled "Monterrosa 2:20-cv-01563-TLN-DB"

2. Exhibit 4: KTVU News video of Vallejo Police Department's July 8, 2020 press conference. The video is on a thumb drive labeled "Monterrosa 2:20-cv-01563-TLN-DB"

3. Exhibit 5: KPIX CBS San Francisco Bay Area News video of Vallejo Police Department's July 8, 2020 press conference, including body cam footage. The video is on a thumb drive labeled "Monterrosa 2:20-cv-01563-TLN-DB"

Dated:  November 19, 2020           LAW OFFICE OF JOHN L. BURRIS

                                    /s/ *Benjamin Nisenbaum*
                                    Benjamin Nisenbaum
                                    Attorney for Plaintiffs