1  JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
2  JAMES COOK, Esq./State Bar #300212
LAW OFFICES OF JOHN L. BURRIS
3  Airport Corporate Centre
7677 Oakport Street, Suite 1120
4  Oakland, California 94621
Telephone: (510) 839-5200/Facsimile: (510) 839-3882
5
6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10
NEFTALI MONTERROSA, individually and as          **Case No.  2:20-cv-01563-TLN-DB**
11  co-successor-in-interest to Decedent SEAN
MONTERROSA; NORA MONTERROSA,                     **STIPULATION TO AMEND**
12  individually and as co-successor-in-interest to   **COMPLAINT AND ORDER**
Decedent SEAN MONTERROSA; MICHELLE
13  MONTERROSA, individually; ASHLEY
MONTERROSA, individually,
14
15                         Plaintiffs,
16            vs.
CITY OF VALLEJO, a municipal corporation;
17  JARRETT TONN, individually, and Vallejo
police officers DOES 1-25, inclusive,
18
19                         Defendants.
20

21                         **STIPULATION**

22        WHEREAS Plaintiffs filed an initial Complaint in this action on August 6, 2020, and

23  Defendants filed a Motion to Dismiss on October 6, 2020, to which Plaintiffs have filed an

24  opposition and Defendants have filed a Reply, among other motion practice between Plaintiffs

25  and Defendants.

STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT
Monterrosa v. City of Vallejo, et al.                                                    1
 Case No.  2:20-cv-01563-TLN-DB

1
2
3

WHEREAS Plaintiffs served an administrative claim concerning state law causes of action against Defendants on August 21, 2020, and more than 45 days have passed since its service.

4
5
6
7
8

The parties thereon stipulate that Plaintiff shall file a First-Amended Complaint setting forth the state law wrongful death cause of action, only making the necessary modifications to the First-Amended Complaint to address the addition of the state law wrongful death cause of action, within 14 days of the Court issuing an Order on this stipulation permitting Plaintiffs to file a First-Amended Complaint.

9
10
11
12

The parties further stipulate that the current motion to dismiss and all motions currently pending before the Court shall remain in effect:  The proposed First-Amended Complaint (attached as Exhibit A) does not implicate any contention raised in the parties' ongoing motion practice, and is filed to preserve Plaintiffs' state law wrongful death claim. The parties shall respond appropriately once the Court issues an Order on the pending Motion to Dismiss.

13
14
15
16

The parties further stipulate that the Court's pending Order on Defendants' Motion to Dismiss shall be effective as to the First-Amended Complaint attached as Exhibit A to be filed following the issuance of the instant-order, to avoid duplicative filings, unnecessary delay, and to avoid wasting the Court's time.

17

IT IS SO STIPULATED.

18

Respectfully submitted,

19
20

Dated:  December 14, 2020                    **THE LAW OFFICES OF JOHN L. BURRIS**

21
22

/s/ *Benjamin Nisenbaum*
Ben Nisenbaum
Attorneys for Plaintiffs

23
24
25

STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT
Monterrosa v. City of Vallejo, et al.
Case No.  2:20-cv-01563-TLN-DB

2

1
2
3
4

DATED: December 18, 2020    /s/ KATELYN M. KNIGHT
                MEERA BHATT
                KATELYN M. KNIGHT
                FARRAH HUSSEIN
                Attorneys for Defendants
                CITY OF VALLEJO
                and JARRETT   TONN

5
6
7
8

## ORDER

9
10

   The parties' instant-stipulation is hereby granted. Plaintiffs shall file a First-Amended Complaint within 14 days of the issuance of this Order.

11
12
13
14

   The pending motions the Court has previously taken under submission shall be effective as to the First-Amended Complaint as set forth in Exhibit A to the instant-stipulation.  The parties shall respond as directed by the Court's Order on Defendants' pending Motion to Dismiss.

15

   IT IS SO ORDERED.

16
17

   Date: _____      _____
                Hon. Troy L. Nunley

18
19
20
21
22
23
24
25

STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT
Monterrosa v. City of Vallejo, et al.
Case No.  2:20-cv-01563-TLN-DB         3