JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
JAMES COOK, Esq./State Bar #300212
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200/Facsimile: (510) 839-3882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEFTALI MONTERROSA, individually and as co-successor-in-interest to Decedent SEAN MONTERROSA; NORA MONTERROSA, individually and as co-successor-in-interest to Decedent SEAN MONTERROSA; MICHELLE MONTERROSA, individually; ASHLEY MONTERROSA, individually,<br><br>Plaintiffs,<br>vs.<br>CITY OF VALLEJO, a municipal corporation; JARRETT TONN, individually, and Vallejo police officers DOES 1-25, inclusive,<br><br>Defendants. | Case No.  2:20-cv-01563-TLN-DB<br><br>**STIPULATION TO AMEND COMPLAINT AND ORDER** |

**STIPULATION**

WHEREAS Plaintiffs filed an initial Complaint in this action on August 6, 2020, and Defendants filed a Motion to Dismiss on October 6, 2020, to which Plaintiffs have filed an opposition and Defendants have filed a Reply, among other motion practice between Plaintiffs and Defendants.

STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT
Monterrosa v. City of Vallejo, et al.
Case No.  2:20-cv-01563-TLN-DB

1

WHEREAS Plaintiffs served an administrative claim concerning state law causes of action against Defendants on August 21, 2020, and more than 45 days have passed since its service.

The parties thereon stipulate that Plaintiff shall file a First-Amended Complaint setting forth the state law wrongful death cause of action, only making the necessary modifications to the First-Amended Complaint to address the addition of the state law wrongful death cause of action, within 14 days of the Court issuing an Order on this stipulation permitting Plaintiffs to file a First-Amended Complaint.

The parties further stipulate that the current motion to dismiss and all motions currently pending before the Court shall remain in effect:  The proposed First-Amended Complaint (attached as Exhibit A) does not implicate any contention raised in the parties' ongoing motion practice, and is filed to preserve Plaintiffs' state law wrongful death claim. The parties shall respond appropriately once the Court issues an Order on the pending Motion to Dismiss.

The parties further stipulate that the Court's pending Order on Defendants' Motion to Dismiss shall be effective as to the First-Amended Complaint attached as Exhibit A to be filed following the issuance of the instant-order, to avoid duplicative filings, unnecessary delay, and to avoid wasting the Court's time.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  December 14, 2020  **THE LAW OFFICES OF JOHN L. BURRIS**

/s/ *Benjamin Nisenbaum*
Ben Nisenbaum
Attorneys for Plaintiffs

STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT
Monterrosa v. City of Vallejo, et al.
Case No.  2:20-cv-01563-TLN-DB

2

Case 2:20-cv-01563-TLN-DB   Document 28   Filed 12/22/20   Page 3 of 3

DATED: December 18, 2020

/s/ KATELYN M. KNIGHT
MEERA BHATT
KATELYN M. KNIGHT
FARRAH HUSSEIN
Attorneys for Defendants
CITY OF VALLEJO
and JARRETT TONN

## ORDER

The parties' instant-stipulation is hereby granted. Plaintiffs shall file a First-Amended Complaint within 14 days of the issuance of this Order.

The pending motions the Court has previously taken under submission shall be effective as to the First-Amended Complaint as set forth in Exhibit A to the instant-stipulation. The parties shall respond as directed by the Court's Order on Defendants' pending Motion to Dismiss.

IT IS SO ORDERED.

Dated: December 22, 2020

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT
Monterrosa v. City of Vallejo, et al.
Case No. 2:20-cv-01563-TLN-DB

3