**VERONICA A.F. NEBB**
City Attorney, SBN 140001
**BY:     KATELYN M. KNIGHT**
Assistant City Attorney, SBN 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:     (707) 648-4687
Email: katelyn.knight@cityofvallejo.net

Attorneys for Defendant CITY OF VALLEJO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NEFTALI MONTERROSA, individually and as co-successor-in-interest to Decedent SEAN MONTERROSA; NORA MONTERROSA, individually and as co-successor-in-interest to Decedent SEAN MONTERROSA; MICHELLE MONTERROSA, individually; ASHLEY MONTERROSA, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF VALLEJO, a municipal corporation; JARRETT TONN, individually, and, Vallejo police officers DOES 1-25, inclusive, <br><br> Defendants. | **Case No:   2:20-cv-01563-TLN-DB** <br><br> **NOTICE OF MOTION AND MOTION TO QUASH SUBPOENAS** <br><br> Date:    June 3, 2022 <br> Time:   10:00 a.m. <br> Crtrm:   27 <br><br> Hon. Deborah Barnes |

**TO:    ALL PARTIES IN THIS ACTION AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on June 3, 2022 at 10:00 a.m. in Courtroom 27 of the above Court, the City of Vallejo will move to quash three subpoenas issued by Plaintiffs to Critical Incident Videos, Cole Pro Media, and R Giordano Consulting & Investigations, LLC.

---

Case No. 2:20-cv-01563-TLN-DB                              NOTICE OF MOTION TO QUASH SUBPOENAS
-1-

The Motion is made pursuant to Federal Rule of Civil Procedure 45 on the grounds that the subpoenas seeks disclosure of privileged matter.

DATED:  May 26, 2022                              Respectfully submitted,


                                                   /s/ Katelyn M. Knight
                                                  KATELYN M. KNIGHT
                                                  Assistant City Attorney
                                                  Attorney for Defendants CITY OF VALLEJO