UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEFTALI MONTERROSA, et al., | No. 2:20-cv-1563 TLN DB |
| Plaintiffs, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

On June 17, 2022, this matter came before the undersigned pursuant to Local Rule 302(c)(1) for hearing of defendant City of Vallejo's motion to quash. Attorney John Coyle appeared via Zoom on behalf of the plaintiffs. Attorney Katelyn Knight appeared via Zoom on behalf of the defendant City of Vallejo. Attorney Derick Konz appeared via Zoom on behalf of defendant Jarret Tonn. Oral argument was heard and the motion was taken under submission.

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

1. Defendant's May 27, 2022 motion to quash (ECF No. 51) is denied;

2. Within twenty-one days of the date of this order discovery shall be produced to plaintiffs;

3. The production shall be pursuant to the stipulated protective order already entered in this action; and

////

1

4. Consistent with the parties' agreement, this order does not preclude defendant City of Vallejo from asserting the appropriate privileges where applicable.

Dated: June 20, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/monterrosa1563.oah.061722