JOHN COYLE, Esq.
McELDREW PURTELL
123 South Broad Street, Suite 2250
Philadelphia, PA 19109
(215) 545-8800

Attorney for Plaintiffs.

# IN TH UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NEFTALI MONTERROSA, ET AL.,**<br><br>Plaintiff,<br><br>vs.<br><br>**CITY OF VALLEJO, ET AL.,**<br><br>Defendant. | Case No:   2:20-cv-01563-DAD-DB<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO ENFORCE NONPARTY SUBPOENA FOR PRODUCTION OF DOCUMENTS**<br><br>Date:   February 7, 2023<br>Time:  1:30 p.m.<br>Judge: Hon. Dale A. Drozd |

PLEASE TAKE NOTE that on February 7, 2023, at 1:30 p.m. or as soon thereafter as the matter may be heard, before the Honorable Judge Dale A. Drozd, Plaintiffs will and hereby does move to enforce the subpoena served upon the Vallejo Police Officers Association.

Pursuant to Rule 251(e), because there "has been a complete and total failure to respond to a discovery request," the Plaintiffs bring this motion on fourteen days' notice without a joint statement regarding this discovery disagreement. Counsel for the parties met and conferred. No party opposes this request. The motion is based on this notice of motion, the accompanying memorandum of points and authorities, the entire record of the action, any oral argument as the Court may receive, and other matters that the Court deems just and proper.

- 1 -
NOTICE OF MOTION AND MOTION

DATED: 1/24/2023

        Respectfully submitted,

        */s/ John J. Coyle*
        JOHN J. COYLE
        Attorney for Plaintiffs McELDREW PURTELL
        123 South Broad Street
        Suite 2250
        Philadelphia, PA 19109
        (215) 545-8800
        jcoyle@mceldrewpurtell.com


        Carla M. Wirtschafter
        Reed Smith LLP
        1901 Avenue of the Stars
        Suite 700
        Los Angeles, CA 90067
        310-734-5253
        cwirtschafter@reedsmith.com

# CERTIFICATE OF SERVICE

I, John J. Coyle, Esq., Counsel for Plaintiffs in this matter hereby certifies that a copy of the foregoing Notion of Motion and Motion to Enforce, as well as its attachments, including the Plaintiffs' Memorandum of Points and Authorities in Support of the Motion was sent via certified and electronic mail to Vallejo Police Officers Association at the address shown below:

Vallejo Police Officers Association
1040 Colusa Street
Vallejo, CA 94590

Michael L. Rains, Esq
MRains@rlslawyers.com

DATED: 1/24/2023

Respectfully submitted,

*/s/ John J. Coyle*
JOHN J. COYLE
Attorney for Plaintiffs
McELDREW PURTELL
123 South Broad Street
Suite 2250
Philadelphia, PA 19109
(215) 545-8800
jcoyle@mceldrewpurtell.com

Carla M. Wirtschafter
Reed Smith LLP
1901 Avenue of the Stars
Suite 700
Los Angeles, CA 90067
310-734-5253
cwirtschafter@reedsmith.com

JOHN COYLE, Esq.
McELDREW PURTELL
123 South Broad Street
Suite 2250
Philadelphia, PA 19109
(215) 545-8800

Attorney for Plaintiffs.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEFTALI MONTERROSA, ET AL.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, ET AL.,<br><br>Defendant. | Case No:   2:20-cv-01563-DAD-DB<br><br>**MEMORANDUM IN SUPPORT OF THE PLAINTIFFS' MOTION TO ENFORCE A NONPARTY SUBPOENA FOR PRODUCTION OF DOCUMENTS**<br><br>Date:  February 7, 2023<br>Time:  1:30 p.m.<br>Judge: Hon. Dale A. Drozd |

**MEMORANDUM OF POINTS AND AUTHORITIES**

The Plaintiffs served the Vallejo Police Officers Association (hereinafter "VPOA"), a non-party, with a subpoena for production of documents pursuant to Fed. R. Civ. P. 45. In response, the VPOA did not voice objections, ask for an extension of time or file a motion to quash. Instead, VPOA failed to produce any responsive documents or respond in any manner. This Court should compel the VPOA to respond to the subpoena.

**Factual Background**

This case arises from the officer-involved shooting death of Sean Monterrosa by Vallejo Police Officer Jarrett Tonn ("Officer Tonn") on June 2, 2020. Mr. Monterrosa was unarmed and kneeling on the ground when Officer Tonn, without warning, fired his silenced military style assault

rifle from the back seat of an unmarked Vallejo PD truck and through the windshield, striking Mr. Monterrosa in the back of the head and killing him.

In the aftermath of the shooting, the City of Vallejo ("the City") retained OCR group to investigate the shooting. That investigation and subsequent review by Vallejo Police Chief Shawny Williams determined that Officer Tonn's use of force was unreasonable, and this led the City to seek his termination. Through further investigations it was uncovered that there was a thriving culture of excessive unreasonable violence among the Vallejo Police Department, and that the department had a "siege mentality," with allegations of a badge bending practice where Vallejo officers would bend the points of their badge when they killed a citizen.

As a part of this investigation, the VPOA, in a letter written by their attorney, confirmed the badge bending practices but attempted to frame the reason for the practice as a celebration by officers of surviving a dangerous situation. Through more recent limited testimony in the Solano County Superior Court, the transcript reflects that the badge bending report includes testimony from former Vallejo Officer Tribble that he and Officer Gary Jones bent the badge of Jarrett Tonn. VPOA has since remained evasive to further inquiry.

Plaintiffs filed their complaint against the named Defendants on August 6, 2020, followed by Plaintiffs First Amended Complaint on December 22, 2020, and Plaintiffs Second Amended Complaint on March 11, 2021.

On February 2, 2022, Plaintiffs noticed the City of Vallejo with nine subpoenas for production of documents from individuals and entities associated with the City of Vallejo or the underlying investigation of the incident, with one to the VPOA (hereinafter "the Subpoena"). The Subpoena requests all correspondence, emails, communications, messages, documents, interviews or reports relating in any way to Jarrett Tonn, John Whitney, and/or the practice of badge bending by union members. Counsel for the City of Vallejo and Plaintiffs met and conferred by phone on February 2, 2022.  The City of Vallejo did not object to the Subpoena to the Vallejo Police Officers' Association

at that time, nor any time since then. The following week, on February 9, 2022, Counsel for Plaintiff, John J. Coyle, Esq., emailed Michael L. Rains, Esq., who, based on information and belief is Counsel for the VPOA, a courtesy copy of the Subpoena. *See* Exhibit 1. Mr. Rains never responded to this email.

The VPOA was formally served with the Subpoena on July 5, 2022. *See* Exhibit 1. According to the process server's affidavit, the subpoena was served personally on Christy Her, identified as "Deputy Clerk." *Id.*

Despite being on notice of the Subpoena for at least six months, to date, the VPOA has not produced a single responsive document, nor has Counsel for the VPOA raised any objections, nor communicated in any way with Plaintiffs.

**Argument**

Federal Rule of Civil Procedure 45 governs the issuance of subpoenas. Under Rule 45(a)(1)(D) a party may issue a subpoena compelling a non-party to produce documents and tangible things. Federal Rules of Civil Procedure 45 requires the subpoena's recipient to produce the requested information and materials, and while they may object to all or part of a subpoena, the objection must be adequately supported. Fed. R. Civ. P. 45(c)(2) and 45(e). The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. Fed. R. Civ. P. 45(d)(2)(B). Assuming that a subpoena is properly constituted and served, and no objections are raised, Rule 45 requires the subpoena's recipient to produce the requested information and materials.

Even if the subpoena is objected to, this Court may compel production if the issuing party shows (1) a substantial need for the material sought, (2) it cannot otherwise be obtained without undue hardship, and (3) reasonable compensation is paid to the person addressed in the subpoena. Fed. R. Civ. P. 45(d)(3)(C); *see U.S. v. CBS, Inc.*, 666 F.2d 364, 368-89 (9th Cir. 1987). However, because the VPOA did not object, let alone object with adequate support in a timely manner, there is no discernable justification for their refusal to comply.

MEMORANDUM AND POINTS OF AUTHORITIES IN SUPPORT OF MOTION

Plaintiffs are entitled to requested materials and information because they are directly relevant to the *Monell* claims at issue in this litigation. Further, the information is directly relevant to the central issue of whether Officer Tonn or anyone else at the time of the shooting was in fact in fear of immediate threat of death or bodily injury. Due to the nature of the information requested, there are no other means for Plaintiffs to obtain them.

Here, the Court should issue an order compelling compliance with the subpoena. The VPOA was served with a valid subpoena, and Counsel for the VPOA was put on notice of the Subpoena as well. The VPOA has failed to respond entirely, much less serve objections or file a motion to quash. That noncompliance has led all parties to incur unnecessary costs and deprived the Plaintiffs of relevant evidence.

## Conclusion

In light of the above, Plaintiffs respectfully ask this Court to grant their Motion to Enforce the Subpoena to Vallejo Police Officers Association.

DATED: January 24, 2023

Respectfully submitted,

*/s/ John J. Coyle*
JOHN J. COYLE
Attorney for Plaintiffs
McELDREW PURTELL
123 South Broad Street
Suite 2250
Philadelphia, PA 19109
(215) 545-8800
jcoyle@mceldrewpurtell.com

Carla M. Wirtschafter
Reed Smith LLP
1901 Avenue of the Stars
Suite 700
Los Angeles, CA 90067
310-734-5253
cwirtschafter@reedsmith.com

# EXHIBIT A

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Case 2:20-cv-01563-DAD-DB Document 59 Filed 01/24/23 Page 9 of 12

Civil Action No. 2:20-cv-01563

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Vallejo Police Officers Association
on *(date)* 6-27-2022.

☑ I served the subpoena by delivering a copy to the named person as follows: Christy Her, Deputy Clerk
111 Amador Street, Vallejo, CA 94590

on *(date)* 7-5-2022 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 07/05/2022

*Server's signature*

Dennis Kittelson, RPS 130422 Solano County
*Printed name and title*

1017 Topsail Drive
Vallejo, CA 94591

*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

Case 2:20-cv-01563-DAD-DB   Document 59   Filed 01/24/23   Page 10 of 12

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

Monterrosa, as Admin. of the Estate of Monterrosa )
_____
*Plaintiff* )
v. ) Civil Action No. 2:20-cv-01563
City of Vallejo, et al. )
_____
*Defendant* )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Vallejo Police Officers Association, 1040 Colusa Street, Vallejo, CA 94590

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All correspondence, emails, communications, messages, documents, interviews or reports relating in any way to Jarrett Tonn, John Whitney, and/or the practice of badge bending by union members.

| Place: McEldrew Young Purtell Merritt<br>123 South Broad Street, Suite 2250<br>Philadelphia, PA 19109 | Date and Time:<br>02/21/2022 12:02 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 2/1/2022

*CLERK OF COURT*

OR  _____
*Signature of Clerk or Deputy Clerk*     *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Sean Monterrosa
_____, who issues or requests this subpoena, are:
123 S. Broad St. Suite 2250 Phila., PA 19109; jcoyle@mceldrewyoung.com; p. 215-545-8800; c. 610-291-9514

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# EXHIBIT B

# John Coyle

| | |
|---|---|
| **From:** | John Coyle |
| **Sent:** | Wednesday, February 9, 2022 4:25 PM |
| **To:** | MRains@rlslawyers.com |
| **Cc:** | John Coyle; MonterrosaSeanZ953188@mceldrewyoung.filevineapp.com |
| **Subject:** | Courtesy copy of federal subpoena |
| **Attachments:** | Subpoena_Vallejo_Police_Union.pdf |

Attorney Rains:

I am aware that you have represented the Vallejo Police Officers Association in connection with investigations related to badge bending and destruction of property.  Therefore, I wanted to provide you a courtesy copy of a subpoena served this week on the Vallejo Police Officer's Association.

Thank you for your attention to this matter. If you have any questions or concerns, please let me know.

**John J. Coyle**
Partner



123 South Broad Street, Suite 2250, Philadelphia, PA 19109
Phone: 215-545-8800 ext. 103 | Fax: 215-545-8805
Email: jcoyle@mceldrewyoung.com
Website: mceldrewyoung.com

Uwfhyxhj Fwjfx
Catastrophic Injury & Wrongful Death / Civil Rights / Dangerous Drugs & Devices / Medical Malpractice / Nursing Home Fraud, Neglect & Abuse / Railroad & FELA / Trucking & Mass Transportation / Whistleblower & Complex Litigation

CONFIDENTIALITY NOTICE:  The information contained in this email is privileged and confidential information intended for the use of the addressee or agent responsible for delivering this message to the intended recipient.  You are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this electronically transferred information is strictly prohibited.  If you have received this electronic transfer in error, please immediately notify us by telephone to arrange for return of the original documents to us.