UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEFTALI MONTERROSA, et al., | No. 2:20-cv-1563 TLN DB |
| Plaintiffs, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

On January 24, 2023, plaintiffs filed a motion to compel. (ECF No. 59.) On February 8, 2023, plaintiffs noticed the motion for hearing before the undersigned on March 10, 2023, pursuant to Local Rule 302(c)(1).[1] (ECF No. 61.) Plaintiffs' motion asserts that plaintiffs served non-party Vallejo Police Officers Association ("VPOA") with a subpoena for production of documents on July 5, 2022. (ECF No. 59 at 6.) "VPOA has not produced a single responsive document, nor has Counsel for the VPOA raised any objections, nor communicated in any way with Plaintiffs."[2] (Id.)

---

[1] The undersigned finds plaintiffs' motion suitable for resolution without a hearing pursuant to Local Rule 230(g).

[2] Plaintiff also noticed defendant City of Vallejo with one of the subpoena's to VPOA, and "[t]he City of Vallejo did not object" to the subpoena. (ECF No. 59 at 5.)

1

"A Rule 45 subpoena is the only discovery method by which information may be obtained directly from a nonparty." F. Subpoena, Rutter Group Prac. Guide Fed. Civ. Pro. Before Trial, Ch. 11(IV)-F.  A copy of plaintiffs' motion was served on the VPOA and the defendants. (ECF No. 59.)  Pursuant to Local Rule 251(e) any response to plaintiffs' motion was to be filed on or before March 3, 2023.  No response to the motion was filed.  After reviewing plaintiffs' briefing, and given the total failure to respond, the undersigned finds good cause to grant plaintiffs' motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' unopposed January 24, 2023 motion to compel (ECF No. 59) is granted;

2. The March 10, 2023 hearing of plaintiffs' motion is vacated; and

3. Within seven days of the date of this order VPOA shall provide the responsive discovery without objection.

DATED: March 7, 2023

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/monterrosa1563.mtc.grnt.ord