# EXHIBIT 1

**John Coyle**

| | |
|---|---|
| **From:** | John Coyle |
| **Sent:** | Wednesday, February 9, 2022 4:25 PM |
| **To:** | MRains@rlslawyers.com |
| **Cc:** | John Coyle; MonterrosaSeanZ953188@mceldrewyoung.filevineapp.com |
| **Subject:** | Courtesy copy of federal subpoena |
| **Attachments:** | Subpoena_Vallejo_Police_Union.pdf |

Attorney Rains:

I am aware that you have represented the Vallejo Police Officers Association in connection with investigations related to badge bending and destruction of property.  Therefore, I wanted to provide you a courtesy copy of a subpoena served this week on the Vallejo Police Officer's Association.

Thank you for your attention to this matter. If you have any questions or concerns, please let me know.

**John J. Coyle**
Partner



123 South Broad Street, Suite 2250, Philadelphia, PA 19109
Phone: 215-545-8800 ext. 103 | Fax: 215-545-8805
Email: jcoyle@mceldrewyoung.com
Website: mceldrewyoung.com

Uwfhyhjᵀwjfx
Catastrophic Injury & Wrongful Death / Civil Rights / Dangerous Drugs & Devices /
Medical Malpractice / Nursing Home Fraud, Neglect & Abuse / Railroad & FELA /
Trucking & Mass Transportation / Whistleblower & Complex Litigation

CONFIDENTIALITY NOTICE:  The information contained in this email is privileged and confidential information intended for the use of the addressee or agent responsible for delivering this message to the intended recipient.  You are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this electronically transferred information is strictly prohibited.  If you have received this electronic transfer in error, please immediately notify us by telephone to arrange for return of the original documents to us.

# EXHIBIT 2

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Case 2:20-cv-01563-DAD-DB Document 68-1 Filed 08/28/23 Page 4 of 24

Civil Action No. 2:20-cv-01563

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Vallejo Police Officers Association

on *(date)* 6-27-2022 .

☑ I served the subpoena by delivering a copy to the named person as follows: Christy Her, Deputy Clerk
111 Amador Street, Vallejo, CA 94590

on *(date)* 7-5-2022 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/05/2022

_____
*Server's signature*

Dennis Kittelson, RPS 130422 Solano County
*Printed name and title*

1017 Topsail Drive
Vallejo, CA 94591

_____
*Server's address*

Additional information regarding attempted service, etc.:

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

Monterrosa, as Admin. of the Estate of Monterrosa

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| City of Vallejo, et al. | ) |
| *Defendant* | ) |

)
)

Civil Action No. 2:20-cv-01563

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:      Vallejo Police Officers Association, 1040 Colusa Street, Vallejo, CA 94590

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All correspondence, emails, communications, messages, documents, interviews or reports relating in any way to Jarrett Tonn, John Whitney, and/or the practice of badge bending by union members.

| Place: McEldrew Young Purtell Merritt<br>123 South Broad Street, Suite 2250<br>Philadelphia, PA 19109 | Date and Time:<br><br>02/21/2022 12:02 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 2/1/2022

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | |
| _____<br>*Signature of Clerk or Deputy Clerk* | | _____<br>*Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Sean Monterrosa
_____ , who issues or requests this subpoena, are:

123 S. Broad St. Suite 2250 Phila., PA 19109; jcoyle@mceldrewyoung.com; p. 215-545-8800; c. 610-291-9514

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# EXHIBIT 3

**JOHN COYLE, Esq.**
McELDREW PURTELL
123 South Broad Street, Suite 2250
Philadelphia, PA 19109
(215) 545-8800

Attorney for Plaintiffs.

## IN TH UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NEFTALI MONTERROSA, ET AL.,** | Case No:   2:20-cv-01563-DAD-DB |
| Plaintiff, | **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO ENFORCE NONPARTY SUBPOENA FOR PRODUCTION OF DOCUMENTS** |
| vs. | |
| **CITY OF VALLEJO, ET AL.,** | |
| Defendant. | Date:   February 7, 2023<br>Time:  1:30 p.m.<br>Judge: Hon. Dale A. Drozd |

PLEASE TAKE NOTE that on February 7, 2023, at 1:30 p.m. or as soon thereafter as the matter may be heard, before the Honorable Judge Dale A. Drozd, Plaintiffs will and hereby does move to enforce the subpoena served upon the Vallejo Police Officers Association.

Pursuant to Rule 251(e), because there "has been a complete and total failure to respond to a discovery request," the Plaintiffs bring this motion on fourteen days' notice without a joint statement regarding this discovery disagreement. Counsel for the parties met and conferred. No party opposes this request. The motion is based on this notice of motion, the accompanying memorandum of points and authorities, the entire record of the action, any oral argument as the Court may receive, and other matters that the Court deems just and proper.

DATED: 1/24/2023

Respectfully submitted,

/s/ John J. Coyle
JOHN J. COYLE
Attorney for Plaintiffs McELDREW
PURTELL
123 South Broad Street
Suite 2250
Philadelphia, PA 19109
(215) 545-8800
jcoyle@mceldrewpurtell.com

Carla M. Wirtschafter
Reed Smith LLP
1901 Avenue of the Stars
Suite 700
Los Angeles, CA 90067
310-734-5253
cwirtschafter@reedsmith.com

# CERTIFICATE OF SERVICE

I, John J. Coyle, Esq., Counsel for Plaintiffs in this matter hereby certifies that a copy of the foregoing Notion of Motion and Motion to Enforce, as well as its attachments, including the Plaintiffs' Memorandum of Points and Authorities in Support of the Motion was sent via certified and electronic mail to Vallejo Police Officers Association at the address shown below:

Vallejo Police Officers Association
1040 Colusa Street
Vallejo, CA 94590

Michael L. Rains, Esq
MRains@rlslawyers.com

DATED: 1/24/2023

Respectfully submitted,

*/s/ John J. Coyle*
JOHN J. COYLE
Attorney for Plaintiffs
McELDREW PURTELL
123 South Broad Street
Suite 2250
Philadelphia, PA 19109
(215) 545-8800
jcoyle@mceldrewpurtell.com

Carla M. Wirtschafter
Reed Smith LLP
1901 Avenue of the Stars
Suite 700
Los Angeles, CA 90067
310-734-5253
cwirtschafter@reedsmith.com

1   **JOHN COYLE, Esq.**
    McELDREW PURTELL
2   123 South Broad Street
    Suite 2250
3   Philadelphia, PA 19109
    (215) 545-8800
4
5   Attorney for Plaintiffs.

6

7               IN THE UNITED STATES DISTRICT COURT

8               EASTERN DISTRICT OF CALIFORNIA

9

10  **NEFTALI MONTERROSA, ET AL.,**          Case No:    2:20-cv-01563-DAD-DB

11              Plaintiffs,                  **MEMORANDUM IN SUPPORT OF**
                                             **THE PLAINTIFFS' MOTION TO**
12  vs.                                      **ENFORCE A NONPARTY**
                                             **SUBPOENA FOR PRODUCTION OF**
13  **CITY OF VALLEJO, ET AL.,**             **DOCUMENTS**

14              Defendant.                   Date:   February 7, 2023
15                                           Time:   1:30 p.m.
                                             Judge: Hon. Dale A. Drozd
16

17          <u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

18
19          The Plaintiffs served the Vallejo Police Officers Association (hereinafter "VPOA"), a non-

20  party, with a subpoena for production of documents pursuant to Fed. R. Civ. P. 45. In response, the

21  VPOA did not voice objections, ask for an extension of time or file a motion to quash. Instead, VPOA

22  failed to produce any responsive documents or respond in any manner. This Court should compel the

23  VPOA to respond to the subpoena.

24                          **Factual Background**

25
26          This case arises from the officer-involved shooting death of Sean Monterrosa by Vallejo

27  Police Officer Jarrett Tonn ("Officer Tonn") on June 2, 2020. Mr. Monterrosa was unarmed and

28  kneeling on the ground when Officer Tonn, without warning, fired his silenced military style assault

                                    - 1 -

rifle from the back seat of an unmarked Vallejo PD truck and through the windshield, striking Mr. Monterrosa in the back of the head and killing him.

In the aftermath of the shooting, the City of Vallejo ("the City") retained OCR group to investigate the shooting. That investigation and subsequent review by Vallejo Police Chief Shawny Williams determined that Officer Tonn's use of force was unreasonable, and this led the City to seek his termination. Through further investigations it was uncovered that there was a thriving culture of excessive unreasonable violence among the Vallejo Police Department, and that the department had a "siege mentality," with allegations of a badge bending practice where Vallejo officers would bend the points of their badge when they killed a citizen.

As a part of this investigation, the VPOA, in a letter written by their attorney, confirmed the badge bending practices but attempted to frame the reason for the practice as a celebration by officers of surviving a dangerous situation. Through more recent limited testimony in the Solano County Superior Court, the transcript reflects that the badge bending report includes testimony from former Vallejo Officer Tribble that he and Officer Gary Jones bent the badge of Jarrett Tonn. VPOA has since remained evasive to further inquiry.

Plaintiffs filed their complaint against the named Defendants on August 6, 2020, followed by Plaintiffs First Amended Complaint on December 22, 2020, and Plaintiffs Second Amended Complaint on March 11, 2021.

On February 2, 2022, Plaintiffs noticed the City of Vallejo with nine subpoenas for production of documents from individuals and entities associated with the City of Vallejo or the underlying investigation of the incident, with one to the VPOA (hereinafter "the Subpoena"). The Subpoena requests all correspondence, emails, communications, messages, documents, interviews or reports relating in any way to Jarrett Tonn, John Whitney, and/or the practice of badge bending by union members. Counsel for the City of Vallejo and Plaintiffs met and conferred by phone on February 2, 2022. The City of Vallejo did not object to the Subpoena to the Vallejo Police Officers' Association

at that time, nor any time since then. The following week, on February 9, 2022, Counsel for Plaintiff, John J. Coyle, Esq., emailed Michael L. Rains, Esq., who, based on information and belief is Counsel for the VPOA, a courtesy copy of the Subpoena. *See* Exhibit 1. Mr. Rains never responded to this email.

The VPOA was formally served with the Subpoena on July 5, 2022. *See* Exhibit 1. According to the process server's affidavit, the subpoena was served personally on Christy Her, identified as "Deputy Clerk." *Id.*

Despite being on notice of the Subpoena for at least six months, to date, the VPOA has not produced a single responsive document, nor has Counsel for the VPOA raised any objections, nor communicated in any way with Plaintiffs.

## Argument

Federal Rule of Civil Procedure 45 governs the issuance of subpoenas. Under Rule 45(a)(1)(D) a party may issue a subpoena compelling a non-party to produce documents and tangible things. Federal Rules of Civil Procedure 45 requires the subpoena's recipient to produce the requested information and materials, and while they may object to all or part of a subpoena, the objection must be adequately supported. Fed. R. Civ. P. 45(c)(2) and 45(e). The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. Fed. R. Civ. P. 45(d)(2)(B). Assuming that a subpoena is properly constituted and served, and no objections are raised, Rule 45 requires the subpoena's recipient to produce the requested information and materials.

Even if the subpoena is objected to, this Court may compel production if the issuing party shows (1) a substantial need for the material sought, (2) it cannot otherwise be obtained without undue hardship, and (3) reasonable compensation is paid to the person addressed in the subpoena. Fed. R. Civ. P. 45(d)(3)(C); *see U.S. v. CBS, Inc.*, 666 F.2d 364, 368-89 (9th Cir. 1987). However, because the VPOA did not object, let alone object with adequate support in a timely manner, there is no discernable justification for their refusal to comply.

Plaintiffs are entitled to requested materials and information because they are directly relevant to the *Monell* claims at issue in this litigation. Further, the information is directly relevant to the central issue of whether Officer Tonn or anyone else at the time of the shooting was in fact in fear of immediate threat of death or bodily injury. Due to the nature of the information requested, there are no other means for Plaintiffs to obtain them.

Here, the Court should issue an order compelling compliance with the subpoena. The VPOA was served with a valid subpoena, and Counsel for the VPOA was put on notice of the Subpoena as well. The VPOA has failed to respond entirely, much less serve objections or file a motion to quash. That noncompliance has led all parties to incur unnecessary costs and deprived the Plaintiffs of relevant evidence.

**Conclusion**

In light of the above, Plaintiffs respectfully ask this Court to grant their Motion to Enforce the Subpoena to Vallejo Police Officers Association.

DATED: January 24, 2023

Respectfully submitted,

*/s/ John J. Coyle*
JOHN J. COYLE
Attorney for Plaintiffs
McELDREW PURTELL
123 South Broad Street
Suite 2250
Philadelphia, PA 19109
(215) 545-8800
jcoyle@mceldrewpurtell.com

Carla M. Wirtschafter
Reed Smith LLP
1901 Avenue of the Stars
Suite 700
Los Angeles, CA 90067
310-734-5253
cwirtschafter@reedsmith.com

MEMORANDUM AND POINTS OF AUTHORITIES IN SUPPORT OF MOTION

# EXHIBIT 4

1

2

3

4

5

6

7                             UNITED STATES DISTRICT COURT

8                        FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   NEFTALI MONTERROSA, et al.,                    No.  2:20-cv-1563 TLN DB

11                  Plaintiffs,

12          v.                                       ORDER

13   CITY OF VALLEJO, et al.,

14                  Defendants.

15

16          On January 24, 2023, plaintiffs filed a motion to compel.  (ECF No. 59.)  On February 8,

17   2023, plaintiffs noticed the motion for hearing before the undersigned on March 10, 2023,

18   pursuant to Local Rule 302(c)(1).[1]  (ECF No. 61.)  Plaintiffs' motion asserts that plaintiffs served

19   non-party Vallejo Police Officers Association ("VPOA") with a subpoena for production of

20   documents on July 5, 2022.  (ECF No. 59 at 6.)  "VPOA has not produced a single responsive

21   document, nor has Counsel for the VPOA raised any objections, nor communicated in any way

22   with Plaintiffs."[2]  (Id.)

23

24

25   _____

26   [1] The undersigned finds plaintiffs' motion suitable for resolution without a hearing pursuant to
     Local Rule 230(g).

27
     [2] Plaintiff also noticed defendant City of Vallejo with one of the subpoena's to VPOA, and "[t]he
28   City of Vallejo did not object" to the subpoena.  (ECF No. 59 at 5.)

                                                     1

1       "A Rule 45 subpoena is the only discovery method by which information may be obtained

2  directly from a nonparty."  F. Subpoena, RUTTER GROUP PRAC. GUIDE FED. CIV. PRO. BEFORE

3  TRIAL, Ch. 11(IV)-F.  A copy of plaintiffs' motion was served on the VPOA and the defendants.

4  (ECF No. 59.)  Pursuant to Local Rule 251(e) any response to plaintiffs' motion was to be filed

5  on or before March 3, 2023.  No response to the motion was filed.  After reviewing plaintiffs'

6  briefing, and given the total failure to respond, the undersigned finds good cause to grant

7  plaintiffs' motion.

8       Accordingly, IT IS HEREBY ORDERED that:

9       1.  Plaintiffs' unopposed January 24, 2023 motion to compel (ECF No. 59) is granted;

10       2.  The March 10, 2023 hearing of plaintiffs' motion is vacated; and

11       3.  Within seven days of the date of this order VPOA shall provide the responsive

12  discovery without objection.

13  DATED: March 7, 2023             /s/ DEBORAH BARNES
                                 UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27  DLB:6
    DB/orders/orders.civil/monterrosa1563 mtc.grnt.ord

28

2

# EXHIBIT 5

| | |
|---|---|
| **From:** | Michael Rains |
| **To:** | Amanda Jonas Lorentson |
| **Cc:** | John Coyle; Sharon Abrahamson |
| **Subject:** | RE: VPOA Subpoena |
| **Date:** | Wednesday, March 8, 2023 7:48:46 PM |
| **Attachments:** | image016.png |
| | image007.png |
| | image009.png |
| | image011.png |
| | image013.png |
| | image015.png |

Amanda:  Following up on my earlier email, I have talked to Michael Nichelini, who is the President of the Vallejo Police Officer's Association.  He plans to call you tomorrow to discuss this matter further, and shed some light, I think, on the issue of whether the VPOA was ever "served" with a Subpoena to produce records.  As to the email from John Coyle dated February 9, 2022 addressed to me, to the best of my memory, I believe when I saw the email, even though I did not represent the VPOA in connection with this litigation, and only represented individual officers who were being interviewed about "badge bending," I contacted the secretary to the Police Association to see if they had been served recently with a Subpoena for records or documents related to the Monterrosa case (since the proof of service attached to my "courtesy copy" did not reflect actual service on the VPOA), and was advised they had not been served with such a subpoena.  I assume that is why a further attempt to serve the VPOA occurred in July, 2022.   Lt. Nichelini was going to check on some other issues before calling you tomorrow to discuss this matter.

Michael L. Rains

Attorney at Law

RAINS LUCIA STERN

ST PHALLE & SILVER, PC

Phone 925.609.1699

Fax 925.609.1690

www.RLSlawyers.com

*********************************************************************

NOTICE: This email and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To," "Cc" and "Bcc" lines of this email. If you are not an intended recipient, your receipt of this email and its attachments is the result of an inadvertent disclosure or unauthorized transmittal.  Sender reserves and asserts all rights to confidentiality, including all privileges that may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy, forward, or rely on the email and its attachments in any way. NO DUTIES ARE ASSUMED, INTENDED, OR CREATED BY THIS COMMUNICATION. If you have not executed a fee contract or an engagement letter, this firm does NOT represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so. All rights of the sender for violations of the confidentiality and

privileges applicable to this email and any attachments are expressly reserved.
**********************************************************************

---

**From:** Amanda Jonas Lorentson <alorentson@mceldrewpurtell.com>
**Sent:** Wednesday, March 8, 2023 6:33 AM
**To:** Michael Rains <mrains@rlslawyers.com>
**Cc:** John Coyle <jcoyle@mceldrewpurtell.com>
**Subject:** VPOA Subpoena
**Importance:** High

Mr. Rains,

I am sending you a copy of a recent order that was entered against the Vallejo Police Officers' Association, compelling production of documents sought through a subpoena that was issued last year. I am bringing this to your attention since you have represented the VPOA in recent matters including the badge bending investigation. However, if you are not the correct point of contact, please kindly direct me to that person and I will follow up with them instead.

Thank you and have a great day,

Amanda

**Amanda Jonas Lorentson, Esq.**
Trial Lawyer
McEldrew Purtell

---

✉ alorentson@mceldrewpurtell.com
📞 215.545.8800
📱 716.868.5053
🖨 215.545.8805
📍 123 S. Broad St., Ste. 2250, Philadelphia, PA 19109

**mceldrewpurtell.com**

---



Attorneys Licensed in PA, NJ, NY, DC, TX

Practice Areas – Catastrophic Injury & Wrongful Death:

Birth Injury / Brain Injury / Nursing Home Abuse, Neglect & Fraud / Trucking, Commercial Vehicle & Ride Share / Excessive Force, Police Shootings & In-Custody Deaths / Premises Liability, Negligent Security & Dram Shop / Products Liability / Railroad & FELA / Medical Malpractice

CONFIDENTIALITY NOTICE: The information contained in this email is privileged and confidential information intended for the use of the addressee or agent responsible for delivering this message to the intended recipient. You are hereby

# EXHIBIT 6

| | |
|---|---|
| **From:** | Vallejo POA |
| **To:** | Amanda Jonas Lorentson; John Coyle |
| **Subject:** | Improper/Incomplete Service |
| **Date:** | Tuesday, March 28, 2023 9:07:43 PM |

Ms. Lorenston:

I left you a message on March 9, 2023, at around 9:30 AM.  To date, my call has not been returned.

I am in receipt of two letters from you.  One dated, February 8, 2023, and one dated March 8, 2023.  These are the only two communications the VPOA has received regarding this matter.

First and foremost, the VPOA has not been served with a valid subpoena - or any subpoena for that matter.  The proof of service you included in your correspondence clearly indicates that service was made to someone I have never heard of (Christy Her) and to the Police Department at 111 Amador St.  We are NOT the same entity as the Police Department.  We do NOT have an office at 111 Amador St.  We do NOT conduct business out of 111 Amador St.  And, as you appear to know based on the two letters we received from you, our office is located at 1040 Colusa St.  Further, the process server, Kittleson, has likely been to our office, knows that we are a separate entity and did you a disservice by delivering the notice to the incorrect location/person.

Additionally, halving our name trashed in the media for "failing to respond to a subpoena" (that likely was from false information provided by your office) is damaging to our name and relationships within the City and community.  Your office never called, never emailed and sent correspondence to the wrong place.  Our contact is easily available with a simple google search.  Your office either purposely sought to create more drama around this case or were simple deficient in your efforts to contact us and act in good faith.

Finally, you seem to lean on the fact that you contacted Michael Rains as "our attorney."  Mr. Rains is "an" attorney (and a very good one) but he is not the "attorney of record" for THE VPOA.  We use several attorneys from different law firms depending on the type of issue we are having.  For you to assume Mr. Rains represents the VPOA singularly and as a whole, is not accurate.  Additionally, your insistence on contacting him has incurred us legal expenses for his time in responding to you.  I have advised him not to do so anymore on behalf of the VPOA if contacted by your office in the future.

So where does this leave us?  If you plan to continue looking for records from the VPOA, I suggest you serve a proper subpoena.  If this had been handled correctly from the beginning, I could have simply told you we do not have any responsive records.  Unfortunately, your office has made this adversarial - either by design or by of due diligence.

Cordially,


Michael Nichelini
President
Vallejo Police Officers' Association
(707) 644-3913 - vallejopoa.org

Vice President
Vallejo Police Activities League

# EXHIBIT 7

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:20-cv-01563

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Vallejo Police Officers' Association, Attn: Michael Nichelini on *(date)* Jun 6, 2023, 9:40 am.

[X] I served the subpoena by delivering a copy to the named individual as follows: Personally accepted by Michael Nichelini at his residence. Mr. Nichelini stated his name and matched the photo provided on *(date)* Tue, Jul 18 2023; or

[ ] I returned the subpoena unexecuted because: _____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 7/19/23

_____
Server's signature

Glenn Wallace, Process Server - 1670, Costa County
_____
*Printed name and title*

3616 Emerson St Apt 5 oakland, ca 94610
_____
*Server's address*

Additional information regarding attempted service, etc.:
Successful Attempt: Jul 18, 2023, 8:15 pm CDT at 1400 Technology Ln, Apt. 1412, Petaluma, CA 94954 received by Vallejo Police Officers' Association, Attn: Michael Nichelini.

Personally accepted by Michael Nichelini at his residence. Mr. Nichelini stated his name and matched the photo provided