**VERONICA A.F. NEBB**
City Attorney, SBN 140001
BY:   **KATELYN M. KNIGHT**
Assistant City Attorney, SBN 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:   (707) 648-4545
Fax:   (707) 648-4687
Email: katelyn.knight@cityofvallejo.net

Attorneys for Defendant CITY OF VALLEJO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NEFTALI MONTERROSA, individually and as co-successor-in-interest to Decedent SEAN MONTERROSA; NORA MONTERROSA, individually and as co-successor-in-interest to Decedent SEAN MONTERROSA; MICHELLE MONTERROSA, individually; ASHLEY MONTERROSA, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; JARRETT TONN, individually, and, Vallejo police officers DOES 1-25, inclusive,<br><br>Defendants. | Case No:  2:20-cv-01563-DAD-DB<br><br>**DECLARATION OF CAPTAIN DREW RAMSAY IN SUPPORT OF DEFENDANT JARRETT TONN'S MOTION FOR STAY** |

I, Captain Drew Ramsay, do hereby declare as follows:

1. If called as a witness in this matter, I can competently testify to the following matters of fact from personal knowledge.

2. I am employed with the Vallejo Police Department as a Captain of Police. One of my responsibilities is to oversee all aspects of the Investigations Division of the Police

Department. My duties as the Captain overseeing the Investigation Division include communication with the District Attorney's Office and Attorney General's Office regarding ongoing investigations.

3. Criminal investigations into officer-involved shooting incidents that occur in Solano County are generally investigated under the Solano County Officer-Involved Fatal Incident Protocol. At the time of the officer-involved shooting of Sean Monterrosa on June 2, 2020, the Protocol provided the criminal investigation be performed by investigators from the venue agenc(cies), employer agen(cies), and the District Attorney's Office, formed into an investigative team for each incident. Under the protocol, the District Attorney has final oversight of the criminal investigation, which is subsequently forwarded to the District Attorney for independent review and a determination of whether to bring criminal charges.

4. In June of 2020, Solano County District Attorney Krishna Abrams announced that her office would be recusing itself from review of the criminal investigation into the officer-involved shooting of Sean Monterrosa and called upon the California Attorney General to conduct an independent investigation. On May 13, 2021, Attorney General Rob Bonta announced that his office would conduct an independent investigation.

5. The Attorney General's Office has advised that there has been, and is currently, an active, ongoing criminal investigation into Officer Jarrett Tonn's conduct in the shooting of Sean Monterrosa on June 2, 2020. The Attorney General's Office has not filed criminal charges against Officer Tonn or issued a determination that the shooting was lawful.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

Executed on the 9th day of November, 2023 at Vallejo, California.

Captain Drew Ramsay