**VERONICA A.F. NEBB**
City Attorney, SBN 140001
**BY:    KATELYN M. KNIGHT**
Assistant City Attorney, SBN 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687
Email: katelyn.knight@cityofvallejo.net

Attorneys for Defendant CITY OF VALLEJO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NEFTALI MONTERROSA, individually and as co-successor-in-interest to Decedent SEAN MONTERROSA; NORA MONTERROSA, individually and as co-successor-in-interest to Decedent SEAN MONTERROSA; MICHELLE MONTERROSA, individually; ASHLEY MONTERROSA, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; JARRETT TONN, individually, and, Vallejo police officers DOES 1-25, inclusive,<br><br>Defendants. | Case No:   2:20-cv-01563-DAD-DB<br><br>**DEFENDANT CITY OF VALLEJO'S AMENDED NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER**<br><br>Date:     February 2, 2024<br>Time:    10:00 a.m.<br>Crtrm:   27 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on February 2, 2024, at 10:00 a.m. in Courtroom 27 of the above Court, Defendant City of Vallejo will and hereby does move for a protective order to limit the scope of Plaintiffs' deposition subpoena issued pursuant to FRCP 30(b)(6).

This motion is based on this Notice of Motion and Motion, the Joint Statement re Discovery Disagreement which shall be filed next week, and on such other written and oral

1 | argument as may be presented to the Court.

3 | DATED: December 20, 2023                    Respectfully submitted,

5 |                                                  */s/ Katelyn M. Knight*
                                                 KATELYN M. KNIGHT
                                                 Attorneys for Defendant
                                                 CITY OF VALLEJO