1  VERONICA A.F. NEBB
   City Attorney, SBN 140001
2  **BY:  KATELYN M. KNIGHT**
   Assistant City Attorney, SBN 264573
3  **CITY OF VALLEJO**, City Hall
   555 Santa Clara Street, Third Floor
4  Vallejo, CA  94590
   Tel:    (707) 648-4545
5  Email: katelyn.knight@cityofvallejo.net

6  Attorneys for Defendant CITY OF VALLEJO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NEFTALI MONTERROSA, individually and as co-successor-in-interest to Decedent SEAN MONTERROSA; NORA MONTERROSA, individually and as co-successor-in-interest to Decedent SEAN MONTERROSA; MICHELLE MONTERROSA, individually; ASHLEY MONTERROSA, individually, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF VALLEJO, a municipal corporation; JARRETT TONN, individually, and, Vallejo police officers DOES 1-25, inclusive, <br><br> Defendants. | Case No. 2:20-cv-01563-DAD-SCR <br><br> **DEFENDANT CITY OF VALLEJO'S NOTICE OF REQUEST TO SEAL DOCUMENTS PURSUANT TO LOCAL RULE 141** |

**PLEASE TAKE NOTICE** that Pursuant to Eastern District Local Rule 141, Defendant City of Vallejo will and hereby does request that certain documents that Plaintiffs have submitted in opposition to the summary judgment motions filed by Defendants City of Vallejo and Jarrett Tonn be sealed, or in the alternative filed with redactions.

**Documents Sought To Be Sealed**

Documents produced by the City of Vallejo as Confidential and BATES stamped COV000050-COV000096, which consist of two citizen complaints into peace officer conduct, the resulting investigation reports, and attachments including crime reports, CLETS data, and

medical and arrestee records.

**Basis for Sealing**

Defendant moves to seal the identified BATES numbered documents on the grounds that the City of Vallejo's compelling interests in ensuring the integrity of personnel investigations and effective enforcement and the privacy interests of the subject officers, complainants, and witnesses overwhelmingly outweigh the public's interest in access to these records; particularly in light of the records' limit use and relevance to the instant case.

**Manner in which documents were submitted to the Court and served on all parties:**

Per Local Rule 141(b), this Notice of Request to Seal Documents will be filed electronically and Defendant will deliver the Request to Seal, Proposed Order and documents at issue via email to the Court and all parties.

DATED: June 26, 2025                    Respectfully submitted,


                                                                    /s/ Katelyn M. Knight
KATELYN M. KNIGHT
Assistant City Attorney
Attorney for Defendant
CITY OF VALLEJO